**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,      )<br>                                                                   )<br>               Plaintiff,                                      )<br>                                                                   )<br>       v.                                                          )     Civil Action No. 19-0983 (CJN)<br>                                                                   )<br>U.S. CITIZENSHIP AND IMMIGRATION  )<br>SERVICES,                                                 )<br>                                                                   )<br>               Defendant.                                   )<br>                                                                   ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 19, 2019, Plaintiff American Immigration Council and Defendant U.S. Citizenship and Immigration Services respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves two FOIA requests that Plaintiff submitted to Defendant. On November 16, 2018, Plaintiff requested various data points with respect to Forms I-129 Petition for a Nonimmigrant Worker. On January 22, 2019, Plaintiff requested various data points with respect to Forms I-140 Immigrant Petition for Alien Workers. Both requests sought information from October 1, 2008 to the present.

As previously reported, Defendant has completed its response to Plaintiff's requests and the parties have met and conferred regarding Plaintiff's follow-up questions. Plaintiff has been considering whether a briefing schedule is necessary and requires additional time to make that determination.

The parties request to file a Joint Briefing Schedule on January 10, 2020, unless the case is dismissed before then.

Dated: December 18, 2019                    Respectfully submitted,

        /s/ *Emily Creighton*
Emily J. Creighton (Bar No. 1009922)
AMERICAN IMMIGRATION COUNCIL
1331 G Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 507-7514
Facsimile: (202) 742-5619
ecreighton@immcouncil.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*